ACCEPTED
02-15-00124-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 8:46:44 AM
DEBRA SPISAK
CLERK

# $\mathcal{W}$ IGINGTON & $\mathcal{D}$ ANKESREITER, L.L.P.

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/15/2015 8:46:44 AM

DEBRA SPISAK
Clerk

December 15, 2015

**Via Efiling**
Court of Appeals
Second District of Texas
Attn: Clerk
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

Re:     Court of Appeals No. 02-15-00124-CV
        Trial Court Case No. 2013-40749-362

Dear Clerk:

Please consider this letter our written request for a copy of the first supplemental reporter's record filed by the Court Reporter in the above matter on or about December 14, 2015. Please contact our office for the firm FedEx account number.

Thank you for your attention in this matter. Please feel free to contact our office with any questions.

Respectfully,


Jessica Cannon, CP
Certified Paralegal

/jrc

cc:     Kimberly Sims

*W:\DOCUMENT\CLIENTS\S\Standard Renewable Energy, LP\Hobby Lobby Lien\Appeal\Correspondence\COA02.121515.reporter record.docx*

*3010 Broadmoor Lane | Flower Mound, Texas 75022 | 972.691.3677 Phone | 972.691.5633 Facsimile | www.texasbuslaw.com*

A Texas Registered Limited Liability Partnership Including One or More Professional Corporations